United States Bankruptcy Court

District of Maryland

In re:                                                                      Case No. 24-11842-MCR

Herman G Lucas                                                      Chapter 13

       Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 22, 2024 | Form ID: ntcpyrtm | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2024:**

**Recip ID**        **Recipient Name and Address**
db         + Herman G Lucas, 2005 Peabody Street, Hyattsville, MD 20782-1609

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2024         Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2024 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Dorothy Carol Sasser | dsasser@siwpc.com  bkreferrals@siwpc.com,siwbkecf@siwpc.com,siwpc@ecf.courtdrive.com,siwattecf@siwpc.com |
| Francis H. Koh | fkohmail@gmail.com |
| Maurice Belmont VerStandig | mac@mbvesq.com lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| Rebecca A. Herr | ecf@ch13md.com |
| Ryan Srnik | ryan.srnik@brockandscott.com  wbecf@brockandscott.com |

District/off: 0416-0                          User: admin                                        Page 2 of 2
Date Rcvd: Mar 22, 2024                       Form ID: ntcpyrtm                                  Total Noticed: 1
TOTAL: 5

Case 24-11842   Doc 18   Filed 03/24/24   Page 2 of 3

District/off: 0416-0                          User: admin                                        Page 2 of 2
Date Rcvd: Mar 22, 2024                       Form ID: ntcpyrtm                                  Total Noticed: 1
TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Greenbelt**

In re:   Case No.: **24−11842 − MCR**   Chapter: **13**

**Herman G Lucas**
Debtor

## NOTICE OF INCORRECT OR INSUFFICIENT ADDRESS

The Court was notified that mail sent to Herman G Lucas was undeliverable and returned by the U.S. Postal Service due to an incorrect or insufficient address.

Pursuant to Local Bankruptcy Rule 4002−1(a), every debtor must maintain a current address with the Clerk. This obligation continues until the case is closed.

Pursuant to Local Bankruptcy Rule 9010−2(a), counsel and parties appearing without counsel must file and maintain a current address and telephone number in every case in which such person appears. This obligation continues until the case is closed.

Debtor/Creditor is advised that a notice of current address or address change for Herman G Lucas must be filed with the Court within fourteen days (14) of the date of this notice. Failure to correct the address may result in further action by the Court.

Dated: 3/22/24

Mark A. Neal, Clerk of Court
by Deputy Clerk, Kelly Horning
Team Phone: 301−344−3965

Form ntcpyrtm