Entered: March 25th, 2024
Signed: March 23rd, 2024

**SO ORDERED**



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
### GREENBELT

HERMAN G. LUCAS        *

                 *      Case Number: 24-11842

                 *      Chapter 13

       Debtor          *

### ORDER GRANTING DEBTOR'S MOTION TO LATE FILE CERTIFICATE OF CREDIT COUNSELING

Upon consideration of Debtor's Motion to Late File Certificate of Credit Counseling and any opposition thereto, it is hereby

ORDERED that Debtor's Motion to Late File Certificate of Credit Counseling is hereby Granted, and it is further

ORDERED that Debtor's Certificate of Credit Counseling will be effective *nunc pro tunc* to the debtor's filing date and time to satisfy rule 11 U.S.C. § 109(h)(3) and Local Bankruptcy Rule 1007-1(c).

cc:      Debtor
          Debtor's Counsel
          Chapter 13 Trustee

### END OF ORDER