United States Bankruptcy Court
District of Maryland

| | |
|---|---|
| In re: | Case No. 24-11842-MCR |
| Herman G Lucas | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 25, 2024 | Form ID: pdfparty | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Herman G Lucas, 2005 Peabody Street, Hyattsville, MD 20782-1609 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 27, 2024          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Dorothy Carol Sasser | dsasser@siwpc.com  bkreferrals@siwpc.com,siwbkecf@siwpc.com,siwpc@ecf.courtdrive.com,siwattecf@siwpc.com |
| Francis H. Koh | fkohmail@gmail.com |
| Maurice Belmont VerStandig | mac@mbvesq.com<br>lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| Rebecca A. Herr | ecf@ch13md.com |
| Ryan Srnik | ryan.srnik@brockandscott.com  wbecf@brockandscott.com |

District/off: 0416-0 User: admin Page 2 of 2
Date Rcvd: Mar 25, 2024 Form ID: pdfparty Total Noticed: 1
TOTAL: 5

Entered: March 25th, 2024
Signed: March 23rd, 2024
**SO ORDERED**



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**GREENBELT**

| | | |
|---|---|---|
| HERMAN G. LUCAS | * | |
| | * | Case Number: 24-11842 |
| | * | Chapter 13 |
| Debtor | * | |

### ORDER GRANTING DEBTOR'S MOTION TO LATE FILE CERTIFICATE OF CREDIT COUNSELING

Upon consideration of Debtor's Motion to Late File Certificate of Credit Counseling and any opposition thereto, it is hereby

ORDERED that Debtor's Motion to Late File Certificate of Credit Counseling is hereby Granted, and it is further

ORDERED that Debtor's Certificate of Credit Counseling will be effective *nunc pro tunc* to the debtor's filing date and time to satisfy rule 11 U.S.C. § 109(h)(3) and Local Bankruptcy Rule 1007-1(c).

cc:   Debtor
      Debtor's Counsel
      Chapter 13 Trustee

**END OF ORDER**