**CBNA**
**P.O. Box 6217**
**Sioux Falls, SD 57117**


**Erica Wise**
**6409 N. Capital Street, NE**
**Washington, DC 20012**


**PNC**
**P.O. Box 489909**
**Charlotte, NC 28269**


**PNC Bank**
**P.O. Box 771021**
**Chicago, IL 60677-1021**


**PNC Bank**
**P.O. Box 500**
**Portage, MI 49081**


**Washington Capital Partners**
**6409 N. Capital Street, NE**
**Washington, DC 20012**


**Washington Capital Partners**
**8401 Greensboro Drive**
**Suite 960**
**McLean, VA 22102**


**WCP Fund 1 LLC**
**C/O Pardo and Drazin, LLC.**
**4400 Jennifer Street, NW**
**Washington, DC 20015**


**Wise Innovations, LLC.**
**6409 N. Capital Street, NE**
**Washington, DC 20012**