United States Bankruptcy Court
District of Maryland

| | |
|---|---|
| In re: | Case No. 24-11842-MCR |
| Herman G Lucas | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 11, 2024 | Form ID: defntc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Herman G Lucas, 2005 Peabody Street, Hyattsville, MD 20782-1609 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Apr 13, 2024 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel J. Pesachowitz | dpesacho@siwpc.com<br>rjones@siwpc.com,bkreferrals@siwpc.com,siwbkecf@siwpc.com,siwpc@ecf.courtdrive.com,siwattecf@siwpc.com |
| Dorothy Carol Sasser | dsasser@siwpc.com bkreferrals@siwpc.com,siwbkecf@siwpc.com,siwpc@ecf.courtdrive.com,siwattecf@siwpc.com |
| Francis H. Koh | fkohmail@gmail.com |
| Maurice Belmont VerStandig | mac@mbvesq.com<br>lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| Rebecca A. Herr | ecf@ch13md.com |

District/off: 0416-0 User: admin Page 2 of 2
Date Rcvd: Apr 11, 2024 Form ID: defntc Total Noticed: 1

Ryan Srnik
    ryan.srnik@brockandscott.com wbecf@brockandscott.com

TOTAL: 6

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:    Case No.: **24−11842 − MCR**    Chapter: **13**

**Herman G Lucas**
Debtor

# DEFICIENCY NOTICE

DOCUMENT: 24 − Amended Schedules filed: Schedule AB, Schedule B, Schedule C, Schedule D, Schedule EF, Schedule G, Schedule H, Schedule I, Schedule J, on Behalf of Herman G Lucas . Filed by Francis H. Koh. (Koh, Francis)

PROBLEM: **The following items are deficient for the above pleading, and must be cured by 4/25/24. Missing the declaration page.**

CURE: The debtor's declaration under penalty of perjury must be filed. (Federal Bankruptcy Rule 1008)

CONSEQUENCE: Failure to cure the problem by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem may result in the relief sought being denied for want of prosecution.

Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing−requirements.
Additional information for non−attorney filers: http://www.mdb.uscourts.gov/content/after−filing.

Dated: 4/11/24

                                             Mark A. Neal, Clerk of Court
                                             by Deputy Clerk, Kelly Horning
                                             301−344−3393

cc:    Debtor
        Attorney for Debtor − Francis H. Koh

defntc (rev. 12/12/2016)