IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT

| | | |
|---|---|---|
| HERMAN G. LUCAS | * | |
| | * | Case Number: 24-11842 |
| | * | Chapter 13 |
| Debtor | * | |

## MOTION TO COMPEL CREDITOR WASHINGTON CAPITAL PARTNERS TO DISCLOSE AND PROVIDE FULL ACCOUNTING OF BOTH SECURED AND UNSECURED CLAIMS

Debtor, Herman G. Lucas, by and through the undersigned counsel, hereby files this Motion to Compel Creditor, Washington Capital Partners to Disclose and Provide Full Accounting of Both Secured and Unsecured Claims states the following:

1. Washington Capital Partners ("WCP") is both a secured and unsecured creditor in this proceeding.

*Unsecured Claim*

2. WCP has a deficiency claim from a foreclosure action where it foreclosed on a former Debtor's property located at 2920 Vista St NE Washington, DC 20018.

3. This deficiency is listed on Debtor's Schedule E/F, unsecured non-priority claim, account ending in 5372, with the amount presently unknown as WCP has never given debtor the amount of this deficiency.

1

*Secured Claim*

4. WCP also has a secured claim of $232,841 upon which it attempted to foreclose on the 2005 Peabody Street property that prompted Debtor to file for the present bankruptcy.

5. Although WCP provided a payoff stating the aforesaid amount, it never provided a full accounting for how it arrived at this figure.

6. Debtor is uncertain whether this $232,841 also includes deficiency amounts from the unsecured account ending in 5372.

7. Debtor needs to know the actual amount and accounting for the secured claim and whether it combined amounts owed under account 5372 to arrive at this figure.

WHEREFORE, Debtor respectfully requests that Creditor WCP be compelled to provide full accounting for the secured and unsecured claims described above.

Dated: April 23, 2024                             Respectfully submitted,

                                                                                      _/s/__/Francis Koh/_____
                                                                                      Francis H. Koh
                                                                                      Koh Law Firm, LLC
                                                                                      4800 Hampden Lane, Suite 200
                                                                                      Bethesda, MD 20814
                                                                                      (301) 881-3600

                                                                                      Counsel for Debtor

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 23rd day of April, 2024, a true copy of the foregoing was sent via ECF and mailed first-class mail, postage prepaid, upon all relevant parties on the creditor's matrix:

Office of the United States Trustee
6305 Ivy Lane, Ste. 600
Greenbelt, MD 20770

                                      Respectfully submitted,

                                      __/S/_/Francis Koh/_____
                                      Francis Koh (Bar No. 16144)
                                      Koh Law Firm, LLC
                                      4800 Hampden Lane, Suite 200
                                      Bethesda, MD 20814
                                      (301) 881-3600
                                      fkohmail@gmail.com