### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
*Greenbelt Division*

IN RE:
HERMAN G LUCAS                                          Case No. 24-11842
   *Debtor*
_____

PNC Bank, National Association
   *Claimant,*                                          Chapter 13

v.

HERMAN G LUCAS
*Debtor/Respondent*
_____

### ORDER DENYING CONFIRMATION OF CHAPTER 13 PLAN

Upon review of the Objection to Confirmation of Chapter 13 Plan filed herein by PNC Bank, National Association, it is hereby,

ORDERED, that confirmation of the Chapter 13 Plan be and hereby is DENIED with leave to amend.

cc:

Francis H. Koh, Esq.
4800 Hampden Lane, Suite 200
Bethesda, MD 20814
*Counsel for Debtor*

Herman G Lucas
2005 Peabody Street
Hyattsville, MD 20782
*Debtor*

Rebecca A. Herr
185 Admiral Cochrane Dr.
Suite 240
Annapolis, MD 21401
*Chapter 13 Trustee*

Andrew Spivack
Brock and Scott, PLLC
3825 Forrestgate Dr.
Winston-Salem, NC 27103
*Counsel for Claimant*

**END OF ORDER**