**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**

IN RE:

**HERMAN G LUCAS**                              Case No.  **24-11842-MCR**
                                                Chapter 13

                         Debtor

### NOTICE OF CONTINUANCE OF 341 MEETING OF CREDITORS

Upon the Debtor's request, and approval by the Chapter 13 Trustee, REBECCA A. HERR, the Section 341 Meeting of Creditors has been continued to May 23 , 2024 at 12:00 pm.

**The meeting of creditors will be held by Video : www.zoom.us/join, Telephone #: 1-667-406-0794, Meeting ID: 879-999-1048, Passcode: 1203282023.**

PLEASE BE ADVISED THAT YOU ARE REQUIRED TO SERVE THIS NOTICE TO ALL CREDITORS AND OTHER PARTIES IN INTEREST LISTED ON THE MAILING MATRIX FILED WITH THE COURT . ALSO, A CERTIFICATE OF MAILING OF THIS NOTICE MUST BE FILED WITH THE UNITED STATES BANKRUPTCY COURT WITHIN TEN (10) DAYS OF THE DATE OF THIS NOTICE OR THE MEETING WILL NOT BE CONDUCTED.

April 30, 2024                          /s/ REBECCA A. HERR
                                        REBECCA A. HERR
                                        185 ADMIRAL COCHRANE DR.
                                        SUITE 240
                                        ANNAPOLIS, MD  21401
                                        RHERR@CH13MD.COM

### CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of April , 2024, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the  Notice of Continuance will be  served electronically by the Court's CM/ECF system on the following:

Francis H. Koh  fkohmail@gmail.com
(Debtor(s) Counsel)

I hereby further certify that on the 30th day of April , 2024, a copy of the  Notice of Continuance was also mailed first class mail, postage prepaid to:

HERMAN G LUCAS
2306 CALVERT STREET
HYATTSVILLE, MD  20783-2715
Debtor

                                        /s/ REBECCA A. HERR
                                        REBECCA A. HERR
                                        Chapter 13 Trustee