United States Bankruptcy Court
District of Maryland

In re:  Case No. 24-11842-MCR
Herman G Lucas  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0416-0 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 14, 2024 | Form ID: pdfall | Total Noticed: 10 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Herman G Lucas, 2005 Peabody Street, Hyattsville, MD 20782-1609 |
| cr | + | WCP Fund I LLC, c/o The VerStandig Law Firm, LLC, 1452 W. Horizon Ridge Pkwy, #665, Henderson, NV 89012-4422 |
| 32481473 | + | Washington Capital Partners, 8401 Greensboro Drive, Suite 960, McLean, VA 22102-5149 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | + | Email/Text: ustpregion04.gb.ecf@usdoj.gov | May 14 2024 19:19:00 | U.S. Trustee - Greenbelt, 6305 Ivy Lane Suite 600, Greenbelt MD 20770-6305 |
| 32481474 | | Email/Text: Bankruptcymail@marylandtaxes.gov | May 14 2024 19:19:00 | Comptroller of the Treasury, Compliance Division, Room 409, 301 W. Preston Street, Baltimore, MD 21201 |
| 32541995 | | Email/Text: Bankruptcy.Notices@pnc.com | May 14 2024 19:19:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 32507732 | | Email/Text: Bankruptcy.Notices@pnc.com | May 14 2024 19:19:00 | PNC Bank, National Association, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 32543145 | | Email/Text: Bankruptcy.Notices@pnc.com | May 14 2024 19:19:00 | PNC Bank,N.A., ATTN: BANKRUPTCY, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 32481475 | + | Email/Text: bdept@mrrlaw.net | May 14 2024 19:19:00 | Prince George's County, Maryland, Office of Finance, 1301 McCormick Drive, Ste. 1100, Largo, MD 20774-5416 |
| 32481476 | + | Email/Text: UIBankruptcyNotices.DLLR@maryland.gov | May 14 2024 19:20:00 | State of Maryland DLLR, Division of Unemployment Insurance, 1100 N. Eutaw Street, Room 401, Baltimore, MD 21201-2226 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 32481472 | | PNC, INVALID ADDRESS PROVIDED |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| District/off: 0416-0 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 14, 2024 | Form ID: pdfall | Total Noticed: 10 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2024       Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Leonard Spivack | andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| Daniel J. Pesachowitz | dpesacho@siwpc.com rjones@siwpc.com,bkreferrals@siwpc.com,siwbkecf@siwpc.com,siwpc@ecf.courtdrive.com,siwattecf@siwpc.com |
| Dorothy Carol Sasser | dsasser@siwpc.com  bkreferrals@siwpc.com,siwbkecf@siwpc.com,siwpc@ecf.courtdrive.com,siwattecf@siwpc.com |
| Francis H. Koh | fkohmail@gmail.com |
| Maurice Belmont VerStandig | mac@mbvesq.com lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| Rebecca A. Herr | ecf@ch13md.com |
| Ryan Srnik | ryan.srnik@brockandscott.com  wbecf@brockandscott.com |

TOTAL: 7

Entered: May 14th, 2024
Signed: May 14th, 2024

The movant is directed to file a certificate of service that complies with Local Bankruptcy Rule 9013-4(c) within 10 days.



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT

HERMAN G. LUCAS          *

                         *   Case Number: 24-11842

                         *   Chapter 13

     Debtor              *

### ORDER GRANTING DEBTOR'S MOTION TO COMPEL CREDITOR WASHINGTON CAPITAL PARTNERS TO PROVIDE FULL DISCLOSURE OF ITS SECURED AND UNSECURED CLAIMS

Upon consideration of Debtor's Motion to Compel Creditor Washington Capital Partners to Provide Full Accounting of its Secured and Unsecured Claims, and any opposition thereto, it is hereby

ORDERED that Debtor's Motion to Compel Washington Capital Partners to Provide Full Disclosure of its Secured and Unsecured Claims is hereby Granted, and it is further

ORDERED that Creditor, Washington Capital Partners shall provide full accounting of any and all of its secured and unsecured claims against the Debtor in this matter within 30 days.

So Ordered.