**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**GREENBELT**

| | | |
|---|---|---|
| HERMAN G. LUCAS | * | |
| | * | Case Number: 24-11842 |
| | * | Chapter 13 |
| Debtor | * | |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of April, 2024, a copy of the foregoing Motion to Compel Disclosure was served electronically upon filing via the Court's CM/ECF system, with copies to:

Rebecca A. Herr ecf@ch13md.com

Maurice B. Verstandig, Esq.
The Verstandig Law Firm, LLC.
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
VerStandig mac@mbvesq.com,

lisa@mbvesq.com,
mahlon@dcbankruptcy.com,
mac@dcbankruptcy.com,
verstandig.mauricer104982@notify.bestcase.com,
verstandiglaw@recap.email

(Counsels to Relevant Creditor, WCP Fund I LLC)

Daniel J. Pesachowitz dpesacho@siwpc.com,
rjones@siwpc.com,
bkreferrals@siwpc.com,
siwbkecf@siwpc.com,
siwpc@ecf.courtdrive.com,
siwattecf@siwpc.com

Dorothy Carol Sasser dsasser@siwpc.com,
bkreferrals@siwpc.com,
siwbkecf@siwpc.com,
siwpc@ecf.courtdrive.com,
siwattecf@siwpc.com

Ryan Srnik ryan.srnik@brockandscott.com,
wbecf@brockandscott.com

Respectfully submitted,

__/S/_/Francis Koh/_____
Francis Koh (Bar No. 16144)
Koh Law Firm, LLC
4800 Hampden Lane, Suite 200
Bethesda, MD 20814
(301) 881-3600
fkohmail@gmail.com