Entered: May 21st, 2024
Signed: May 21st, 2024
**SO ORDERED**



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## GREENBELT

| | | |
|---|---|---|
| HERMAN G. LUCAS | * | |
| Debtor | * | Case Number: 24-11842 |
| | * | Chapter 13 |
| | * | |

### ORDER GRANTING DEBTOR'S MOTION TO COMPEL CREDITOR WASHINGTON CAPITAL PARTNERS TO PROVIDE FULL DISCLOSURE OF ITS SECURED AND UNSECURED CLAIMS

Upon consideration of Debtor's Motion to Compel Creditor Washington Capital Partners to Provide Full Accounting of its Secured and Unsecured Claims, and any opposition thereto, it is hereby

ORDERED that Debtor's Motion to Compel Washington Capital Partners to Provide Full Disclosure of its Secured and Unsecured Claims is hereby Granted, and it is further

ORDERED that Creditor, Washington Capital Partners shall provide full accounting of any and all of its secured and unsecured claims against the Debtor in this matter within 30 days.

cc:  Debtor - Herman G. Lucas
     Debtor's counsel - Francis H. Koh
     Claimant - Washington Capital Partners
     Chapter 13 trustee - Rebecca A. Herr

**END OF ORDER**