IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 24-11842-MCR |
| | ) | (Chapter 13) |
| HERMAN G. LUCAS | ) | |
| | ) | |
| Debtor. | ) | |

## ACCOUNTING OF SECURED CLAIM

Comes now WCP Fund I LLC as servicer for SF NU, LLC ("WCP"), by and through undersigned counsel, pursuant to this Honorable Court's order, DE #37, and attaches hereto an itemization of the claim of WCP that is secured by an asset of the above-captioned debtor, as of the petition date herein.

WCP further notes that it does not presently purport to have a claim against the debtor herein but, rather, merely an *in rem* claim against an asset of the debtor.

                                                                                              Respectfully submitted,

Dated: June 23, 2024                                By: /s/ Maurice B. VerStandig
                                                                                     Maurice B. VerStandig, Esq.
                                                                                     Bar No. 18071
                                                                                     The VerStandig Law Firm, LLC
                                                                                     1452 W. Horizon Ridge Pkwy, #665
                                                                                    Henderson, Nevada 89012
                                                                                    Phone: (301) 444-4600
                                                                                    Facsimile: (301) 444-4600
                                                                                    mac@mbvesq.com
                                                                                    *Counsel for WCP Fund I LLC*

                                                  *[Certificate of Service on Following Page]*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 23rd day of June, 2024, a copy of the foregoing was served electronically upon filing via the ECF system, with copies to:

- Rebecca A. Herr    ecf@ch13md.com
- Robert Alston Jones    rjones@siwpc.com, dpesacho@siwpc.com;bkreferrals@siwpc.com;siwbkecf@siwpc.com;siwpc@ecf.courtdrive.com;siwattecf@siwpc.com
- Francis H. Koh    fkohmail@gmail.com
- Daniel J. Pesachowitz    dpesacho@siwpc.com, rjones@siwpc.com;bkreferrals@siwpc.com;siwbkecf@siwpc.com;siwpc@ecf.courtdrive.com;siwattecf@siwpc.com
- Dorothy Carol Sasser    dsasser@siwpc.com, bkreferrals@siwpc.com;siwbkecf@siwpc.com;siwpc@ecf.courtdrive.com;siwattecf@siwpc.com
- Andrew Leonard Spivack    andrew.spivack@brockandscott.com, wbecf@brockandscott.com
- Ryan Srnik    ryan.srnik@brockandscott.com, wbecf@brockandscott.com
- Maurice Belmont VerStandig    mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

/s/ Maurice B. VerStandig
Maurice B. VerStandig
