


# Payoff Statement

03/04/2024

Wise Innovations LLC
6409 North Capitol St. NE
Washington, DC 20012

**Property Address: 2005 Peabody Street, Hyattsville MD 20782**

Amount Due: $232,841.54 as of 3/5/2024.

| | |
|---|---|
| Loan Principal: | $125,250.00 |
| Interest Owed (as of payoff date): | $19,101.54 |
| Default Interest Owed (as of payoff date): | $65,965.00 |
| Payments Received: | ($34,759.69) |
| Default Penalty: | $12,525.00 |
| Legal Fees: | $10,000.00 |
| Pre-Paid Interest Balance: | ($0.00) |
| **Amount Due:** | **$232,841.54** |

Payoff good through 3/5/2024.

YOU MUST COLLECT ALL FEES AND COSTS ASSOCIATED WITH RECORDING THE CERTIFICATE OF SATISFACTION ON THE HUD-1. ONCE THE CERTIFICATE OF SATISFACTION HAS BEEN RECORDED BY YOUR OFFICE, PLEASE EMAIL US A COPY FOR OUR RECORDS AT postclosing@wcp.team.

Payable to:  WCP Servicing LLC
             8401 Greensboro Dr Suite 960
             McLean, VA  22102

Bank Name: United Bank
Routing Number:
Account Number:

When sending the wire please reference our loan number, LOAN-005373 and borrower Wise Innovations LLC.

Sincerely,

*CAraujo*
Christina Araujo