**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**GREENBELT DIVISION**

**In re:**

| | |
|---|---|
| **HERMAN G LUCAS,** | **CHAPTER 13** |
| **DEBTOR.** | **CASE NO. 24-11842** |

**NOTICE OF WITHDRAWAL OF OBJECTION TO PLAN**

    Notice is hereby given that the Objection to Confirmation of Plan of PNC Bank, National Association, by Counsel, filed on April 2, 2024, as Docket No. 22, is hereby Withdrawn Without Prejudice.

    /s/Daniel J. Pesachowitz

By: _____
Daniel J. Pesachowitz, Esquire, Bar No. 14930
Robert A. Jones, Esquire, Bar No. 18707
D. Carol Sasser, Esquire, Bar No. 21631
Samuel I. White, P.C.
6100 Executive Blvd.
Suite 400
Rockville, MD 20852
Tel:(301) 804-3400
Fax:(301) 838-1954
dpesachowitz@siwpc.com
Counsel for PNC Bank, National Association

CERTIFICATE OF SERVICE

    I certify that on July 15, 2024, the foregoing Notice of Withdrawal was served via CM/ECF on Rebecca A. Herr, Trustee, and Francis H. Koh, Counsel for Debtor, at the email addresses registered with the Court, and that a true copy was mailed via first class mail, postage prepaid, to Herman G Lucas, Debtor, 2005 Peabody Street, Hyattsville, MD 20782.

    /s/Daniel J. Pesachowitz
_____
Daniel J. Pesachowitz, Esquire
Samuel I. White, P. C.