IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
*Greenbelt Division*

| | |
|---|---|
| IN RE:<br>Herman G Lucas,<br>    *Debtor* | Case No. 24-11842 |
| PNC BANK, NATIONAL ASSOCIATION,<br>    *Claimant*<br><br>vs.<br><br>Herman G Lucas,<br>    *Debtor* | Chapter 13 |

**OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

COMES NOW, PNC BANK, NATIONAL ASSOCIATION, (hereinafter "Claimant"), by and through counsel, files this Objection to Confirmation of Chapter 13 Plan pursuant to 11 U.S.C. § 1325, generally, and Fed. R. Bankr. Proc. Rule 3015(f), and in support, respectfully represents as follows:

1. Jurisdiction is based on 28 U.S.C. § 1334(e) and 11 U.S.C. § 1324(a).

2. On or about March 5, 2024, Herman G Lucas (hereinafter "Debtor") filed a petition under Chapter 13 of the United States Bankruptcy Code.

3. Prior to the petition filing date, the Debtor executed a promissory note ("Note") in the principal amount of $135,000.00 at the original interest rate of 3.875%. The obligations under the Note are secured by a Deed of Trust, encumbering real property owned by the Debtor, improved by a residence known as 2005 Peabody St, Hyattsville, MD 20782 (hereinafter "Property").

4. Claimant is a secured claimant with respect to the subject Property.

1

5. On or about May 13, 2024, Claimant timely filed a proof of claim (Claim No. 4) indicating pre-petition arrears of $1,871.75 and approximate total debt of $95,995.71.

6. Debtor's Chapter 13 Plan (Doc. No. 42) ("Plan"), dated July 10, 2024, does not list pre-petition arrears owed to Claimant.

7. Claimant objects to the extent that the Plan fails to provide for a full cure of the pre-petition default on its secured claim.  11 U.S.C. § 1322(b)(5).

8. Claimant does not oppose the entry of an Order Denying Chapter 13 Plan With Leave to Amend or a continuance of the confirmation hearing to provide time for Debtor to submit amendments to the Plan consonant with the Claimant's secured claim.

WHEREFORE, the Claimant and its assigns, pray that this Court:

1. Enter an order denying confirmation of the Chapter 13 Plan; or,

2. In the alternative, require the Debtor to file an amended Chapter 13 Plan in accordance with Claim No. 4 within a reasonable period of time; and

3. Grant such other and further relief as may be just and necessary.

Respectfully Submitted,

Date: July 26, 2024

*/s/M. Christine Maggard*
Andrew Spivack, MD Fed. Dist. No. 21497
Ryan Srnik, MD Fed. Dist. No. 30811
M. Christine Maggard, MD Fed. Dist. No. 31067
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: MDBKR@brockandscott.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of July, 2024, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Objection To Confirmation Of Chapter 13 Plan will be served electronically by the Court's CM/ECF system on the following:

Rebecca A. Herr, Chapter 13 Trustee

Francis H. Koh, Debtor's Attorney

I hereby further certify that on the 26th day of July, 2024, a copy of the Objection To Confirmation Of Chapter 13 Plan was also mailed first class mail, postage prepaid to:

Herman G Lucas
2005 Peabody Street
Hyattsville, MD 20782

/s/M. Christine Maggard
Andrew Spivack, MD Fed. Dist. No. 21497
Ryan Srnik, MD Fed. Dist. No. 30811
M. Christine Maggard, MD Fed. Dist. No. 31067
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: MDBKR@brockandscott.com