Entered: September 9th, 2024
Signed: September 6th, 2024
**SO ORDERED**



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

| | |
|---|---|
| In re:<br><br>Herman G Lucas,<br><br>Debtor. | Case Number: 24-11842-MCR<br>(Chapter 13)<br><br>**Status conference to be held on September 24, 2024 at 10:30 a.m. via videoconference** |

## ORDER SETTING STATUS CONFERENCE

The above-captioned case was commenced on March 5, 2024, upon the filing of a Chapter 13 Voluntary Petition by Herman G Lucas (the "Debtor"). The Debtor filed this case with the assistance of Francis H. Koh ("Mr. Koh"), who served as Debtor's counsel. On August 15, 2024, an Order Denying Confirmation of Chapter 13 Plan With Leave to Amend [Dkt. No. 48] (the "Confirmation Order") was entered. The Confirmation Order gave the Debtor until September 2, 2024 to file an amended Chapter 13 plan. As of the date of entry of this Order, an amended Chapter 13 plan has not been filed. In the meantime, however, on August 27, 2024, the Court issued a Notice to Individual Whose Attorney is no Longer Involved in this Case [Dkt. No. 50] (the "Suspension Notice"). The Suspension Notice informed the Debtor that Mr. Koh is no longer involved in this case because he has been suspended or disbarred from the practice of law. The Court is aware that Mr. Koh has, in fact, been suspended from practicing law in this Court for a

period of six (6) months. In light of the timing of Mr. Koh's suspension, the Court is unsure if the Debtor understood the implications of the Confirmation Order and the deadline to file an amended Chapter 13 plan set forth therein. Accordingly, the Court finds that a status conference is appropriate under the facts of this case.

Now therefore, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Court will hold a status conference by videoconference on the date and at the time stated in the caption of this Order (for videoconference hearing access information see [www.mdb.uscourts.gov/hearings](www.mdb.uscourts.gov/hearings)) at which the Debtor shall appear to discuss the status of this case.

cc:   Debtor
　　　Office of the United States Trustee
　　　Chapter 13 Trustee
　　　All Creditors and Parties-in-Interest

**END OF ORDER**