**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**

In re:                                    *    Case No.   24-11842 MCR

Herman G Lucas                   *    Chapter 13

             Debtor.                   *

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**

In re:                                    *    Case No.   24-11842 MCR

Herman G Lucas                   *    Chapter 13

             Debtor.                   *

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

**CERTIFICATE OF SERVICE**

I certify that on September 11, 2024, I mailed by first-class mail, postage prepaid, a copy of the Notice to Unrepresented Debtor of Video Conference Hearing providing the video-conference information, including the Zoom meeting ID and password, to:

**Herman G Lucas**
**2005 Peabody Street**
**Hyattsville, MD 20782**
*Pro Se Debtor*

                                        /s/ *Rebecca A. Herr*
                                        Rebecca A. Herr
                                        Chapter 13 Trustee