United States Bankruptcy Court
District of Maryland

In re:  Case No. 24-11842-MCR
Herman G Lucas  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-0     User: admin     Page 1 of 2
Date Rcvd: Sep 09, 2024     Form ID: pdfall     Total Noticed: 9

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Herman G Lucas, 2005 Peabody Street, Hyattsville, MD 20782-1609 |
| cr | + | WCP Fund I LLC, c/o The VerStandig Law Firm, LLC, 1452 W. Horizon Ridge Pkwy, #665, Henderson, NV 89012-4422 |
| 32481473 | + | Washington Capital Partners, 8401 Greensboro Drive, Suite 960, McLean, VA 22102-5149 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 32481474 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Sep 09 2024 19:08:00 | Comptroller of the Treasury, Compliance Division, Room 409, 301 W. Preston Street, Baltimore, MD 21201 |
| 32541995 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 09 2024 19:08:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 32507732 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 09 2024 19:08:00 | PNC Bank, National Association, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 32543145 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 09 2024 19:08:00 | PNC Bank,N.A., ATTN: BANKRUPTCY, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 32481475 | + | Email/Text: bdept@mrrlaw.net | Sep 09 2024 19:08:00 | Prince George's County, Maryland, Office of Finance, 1301 McCormick Drive, Ste. 1100, Largo, MD 20774-5416 |
| 32481476 | + | Email/Text: UIBankruptcyNotices.DLLR@maryland.gov | Sep 09 2024 19:09:00 | State of Maryland DLLR, Division of Unemployment Insurance, 1100 N. Eutaw Street, Room 401, Baltimore, MD 21201-2226 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 32481472 | | PNC, INVALID ADDRESS PROVIDED |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| District/off: 0416-0 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 09, 2024 | Form ID: pdfall | Total Noticed: 9 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 11, 2024  Signature:  /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Leonard Spivack | andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| Christine Maggard | christine.maggard@brockandscott.com wbecf@brockandscott.com |
| Daniel J. Pesachowitz | dpesacho@siwpc.com<br>rjones@siwpc.com,bkreferrals@siwpc.com,siwbkecf@siwpc.com,siwpc@ecf.courtdrive.com,siwattecf@siwpc.com |
| Dorothy Carol Sasser | dsasser@siwpc.com bkreferrals@siwpc.com,siwbkecf@siwpc.com,siwpc@ecf.courtdrive.com,siwattecf@siwpc.com |
| Maurice Belmont VerStandig | mac@mbvesq.com<br>lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| Rebecca A. Herr | ecf@ch13md.com |
| Robert Alston Jones | rjones@siwpc.com<br>dpesacho@siwpc.com,bkreferrals@siwpc.com,siwbkecf@siwpc.com,siwpc@ecf.courtdrive.com,siwattecf@siwpc.com |
| Ryan Srnik | ryan.srnik@brockandscott.com wbecf@brockandscott.com |

TOTAL: 8

Entered: September 9th, 2024
Signed: September 6th, 2024
**SO ORDERED**



MARIA ELLENA CHAVEZ-RUARK
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | |
|---|---|
| In re:<br><br>Herman G Lucas,<br><br>Debtor. | Case Number: 24-11842-MCR<br>(Chapter 13)<br><br>**Status conference to be held on September 24, 2024 at 10:30 a.m. via videoconference** |

## ORDER SETTING STATUS CONFERENCE

The above-captioned case was commenced on March 5, 2024, upon the filing of a Chapter 13 Voluntary Petition by Herman G Lucas (the "Debtor"). The Debtor filed this case with the assistance of Francis H. Koh ("Mr. Koh"), who served as Debtor's counsel. On August 15, 2024, an Order Denying Confirmation of Chapter 13 Plan With Leave to Amend [Dkt. No. 48] (the "Confirmation Order") was entered. The Confirmation Order gave the Debtor until September 2, 2024 to file an amended Chapter 13 plan. As of the date of entry of this Order, an amended Chapter 13 plan has not been filed. In the meantime, however, on August 27, 2024, the Court issued a Notice to Individual Whose Attorney is no Longer Involved in this Case [Dkt. No. 50] (the "Suspension Notice"). The Suspension Notice informed the Debtor that Mr. Koh is no longer involved in this case because he has been suspended or disbarred from the practice of law. The Court is aware that Mr. Koh has, in fact, been suspended from practicing law in this Court for a

period of six (6) months.  In light of the timing of Mr. Koh's suspension, the Court is unsure if the Debtor understood the implications of the Confirmation Order and the deadline to file an amended Chapter 13 plan set forth therein.  Accordingly, the Court finds that a status conference is appropriate under the facts of this case.

Now therefore, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Court will hold a status conference by videoconference on the date and at the time stated in the caption of this Order (for videoconference hearing access information see [www.mdb.uscourts.gov/hearings](www.mdb.uscourts.gov/hearings)) at which the Debtor shall appear to discuss the status of this case.

cc:  Debtor
    Office of the United States Trustee
    Chapter 13 Trustee
    All Creditors and Parties-in-Interest

**END OF ORDER**