pardo | drazin LLC
ATTORNEYS AND COUNSELORS AT LAW
4400 Jenifer Street, NW, Suite 2
Washington, DC 20015

EXHIBIT 1

Wise Innovations LLC
c/o Erica M. Wise, Registered Agent
6409 North Capitol Street, NE
Washington, DC 20012



**Government of the District of Columbia**
Office of Tax and Revenue
Recorder of Deeds
**1101 4th Street, SW**
**Washington, DC 20024**
**Phone (202)727-5374**

# NOTICE OF FORECLOSURE SALE OF REAL PROPERTY OR CONDOMINIUM UNIT

(Pursuant to Public Low 90-566, approved October 12, 1968)

Square: 4339 Suffix: Lot: 0819

List Name and adress of each owner of the real property encumbered by said deed of trust, mortgage, or security instrument.)

TO: Wise Innovations LLC
See Exhibit A

FROM: WCP Fund I, LLC as servicer for 1Sharpe Opportunity Intermediate Trust PHONE: (703) 727-5464

YOU ARE HEREBY NOTIFIED THAT IN ORDER TO SATISFY THE DEBT SECURED BY THE DEED OF TRUST, MORTGAGE, OR OTHER SECURITY INSTRUMENT, THE REAL PROPERTY OR CONDOMINIUM UNIT HEREIN DESCRIBED WILL BE SOLD AT A FORECLOSURE SALE TO BE HELD ON September 12, 2023, AT THE OFFICE OF Harvey West Auctioneers, Inc. 5335 Wisconsin Avenue, NW, Suite 440, Washington, DC 20015 2:10 P.M. THIS SALE DATE IS SUBJECT TO POSTPONEMENT FOR A PERIOD NOT TO EXCED THIRTY (30) CALENDAR DAYS FROM THE ORIGINAL DATE OF FORECLOSURE SALE, AFTER WHICH THIS NOTICE OF FORECLOSURE SHALL EXPIRE.

Affidavit of Non-Residential Mortgage Foreclosure recorded on August 9, 2023 as Instrument No. 2023068022

Security Instrument recorded in the land records of the District of Columbia at the Recorder of Deed on January 7, 2021.

Liber: Folio: Instrument No: 2021002705

Maker(s) of the Note secured by the instrument: Wise Innovations LLC

Phone: See Exhibit A Last Known Address: See Exhibit A

Description of Property: residential single-family property
(two-story brick, dwelling, apartment building, vacant lot condominium unit, etc.)

Address: 2920 Vista Street, NE, Washington, DC 20018

Square: 4339 Lot: 0819 or Parcel No:

Holder of the Note (Name): 1Sharpe Opportunity Intermediate Trust
Phone: (703) 727-5464 Address: 8401 Greensboro Drive, Suite 960, McLean, VA 22102

Balance owed on the Note: $ 813,690.69 *

Minimum balance required to cure default obligation pursuant to D.C. Law 5-82 ìRight to Cure a Residential Mortgage Foreclosure DefaultAct of 1984.î
$ N/A commercial loan

Name of person to contact to stop foreclosure sale: Russell S. Drazin, Esquire
Address: 4400 Jenifer Street, N.W., Suite 2, Washington DC 20015 Phone: (202) 223-7900

** as of August 11, 2023



# NOTICE OF FORECLOSURE SALE OF REAL PROPERTY OR CONDOMINIUM UNIT

**Government of the District of Columbia**
Office of Tax and Revenue
Recorder of Deeds
**1101 4th Street, SW**
**Washington, DC 20024**
**Phone (202)727-5374**

Square 4339 Suffix Lot 0819

I hereby certify that a Notice of Foreclosure Sale was sent to the present owner(s) of the real property encumbered by the said deed of trust, mortgage, or other security instrument described above, by certified mail, return receipt required on August 11 ,20 23 ; and I further certify that I understand that Public Law 90-566 prohibits any foreclosure sale under a power of sale provision contained in any deed of trust, mortgage, or other security instrument until after the owner(s) of the real property encumbered by the said deed of trust, mortgage, or security instrument has been given written notice of such sale, and the Recorder of Deeds, D.C. has received a copy of such notice at least 30 days in advance of such sale.

08/11/2023
Date

RD
(Signature of Noteholder or his agent)

I, Deborah A. Stewart , a Notary Public in and for the District of Columbia , DO HEREBY CERTIFY THAT Russell S. Drazin who is personally well known to me as a party(ies) to this Notice of Foreclosure Sale bearing on the 11th day of August , 20 23 , personally appeared before me and executed the said Notice of Foreclosure Sale and acknowledged the same to be his act and deed.

Given under my hand and seal this 11th day of August , 20 23 .

Deborah A Stewart
Notary Public

My Commission Expires: 09/30/2025
mmddyyyy



# EXHIBIT A

Borrower, Grantor, and Record Owner:

**Wise Innovations LLC**, a District of Columbia limited liability company

2920 Vista Street, NE
Washington, DC 20018

2005 Peabody Street
Hyattsville, MD 20782

2306 Calvert Street
Hyattsville, MD 20783

16 Todd Place, NE
Washington, DC 20002

6409 North Capitol Street, NE
Washington, DC 20012

6409 North Capitol Street, NE, Unit B
Washington, DC 20012

15605 Sir Edwards Drive
Upper Marlboro, MD 20772

c/o Erica M. Wise, Registered Agent
6409 North Capitol Street, NE
Washington, DC 20012

(202) 705-8348
(301) 254-1690

**Pardo & Drazin, LLC**
**Russell S. Drazin, Attorney**
**4400 Jenifer Street, NW, Suite 2**
**Washington, DC 20015**
**202-223-7900**

**SUBSTITUTE TRUSTEE'S SALE OF REAL PROPERTY**

2920 Vista Street, NE
Washington, DC 20018

Lot 0819 in Square 4339

Under a power of sale contained in a certain Deed of Trust ("Deed of Trust") dated January 5, 2021 and recorded on January 7, 2021 as Instrument No. 2021002705, from Wise Innovations LLC, grantor, to Daniel Huertas, trustee, securing that certain Commercial Deed of Trust Note dated January 5, 2021 in the principal amount of $560,000.00 default having occurred under the terms thereof, and following the mailing and recordation of a Deed of Appointment of Substitute Trustee removing Daniel Huertas as trustee and appointing Russell S. Drazin ("Substitute Trustee") as successor trustee, an Affidavit of Non-Residential Mortgage Foreclosure, and a Notice of Foreclosure Sale of Real Property or Condominium Unit, at the request of the current noteholder, Substitute Trustee will sell at public auction at the office of Harvey West Auctioneers, Inc., 5335 Wisconsin Avenue, NW, Suite 440, Washington, DC 20015, on

**SEPTEMBER 12, 2023 AT 2:10 PM**

ALL THAT LOT OF GROUND AND THE IMPROVEMENTS THEREON (if any) situated in the City of Washington, District of Columbia, known as 2920 Vista Street, NE, Washington, DC 20018, and more fully described in the Deed of Trust.

The property will be sold in an "AS IS" condition, with no warranty of any kind, and subject to conditions, restrictions, agreements, liens, and encumbrances of record affecting the same – except those encumbrances of record that are extinguished by operation of District of Columbia law by virtue of the foreclosure of the Deed of Trust.

Purchaser will take title to the property subject to all taxes, water and sewer charges, and other utility charges, if any. Purchaser assumes the risk of loss or damage to the property from the date of sale forward. Purchaser shall be responsible for obtaining physical possession of the property.

TERMS OF SALE: A deposit of $50,000.00 by cashier's check will be required of purchaser at the time and place of sale. Purchaser shall settle within thirty (30) days of sale. TIME SHALL BE OF THE ESSENCE WITH RESPECT TO SETTLEMENT BY PURCHASER. Balance of the purchase price to be paid in cash or certified funds at settlement. Interest to be paid on the unpaid purchase money from the date of sale to the date of settlement at the applicable interest rate set forth in the debt instrument secured by the Deed of Trust. Purchaser shall be responsible for payment of all settlement costs.

The noteholder and its affiliates, if a bidder, shall not be required to post a deposit or to pay interest.

In the event that purchaser does not settle as required for any reason, purchaser shall be in default. Upon such default, the deposit shall be forfeited to Substitute Trustee and all of the expenses of this sale (including legal fees and costs, and full commission on the gross sale price) shall be charged against and paid out of the forfeited deposit. Substitute Trustee may resell the property at the risk and expense of the defaulting purchaser. The defaulting purchaser shall not be entitled to any surplus proceeds or profits resulting from any resale of the property. Defaulting purchaser shall be liable to Substitute Trustee for legal fees and costs incurred by Substitute Trustee in connection with such default.

If Substitute Trustee is unable to settle as set forth herein, purchaser's sole remedy at law and in equity shall be limited to a refund of the deposit and the sale shall be considered null and void and of no effect whatsoever.

Substitute Trustee reserves the right, in Substitute Trustee's sole discretion, to reject any and all bids, to withdraw the property from sale at any time before or at the auction, to extend the time to receive bids, to waive or modify the deposit requirement, to waive or modify the requirement that interest be paid on the unpaid purchase money, and/or to extend the period of time for settlement.

Additional terms may be announced at the sale. The successful bidder will be required to execute and deliver to Substitute Trustee a memorandum or contract of the sale at the conclusion of bidding.

Russell S. Drazin, Substitute Trustee

---

AUG. 29, 31, SEPT. 4, 6, 8, 2023
(THE WASHINGTON POST)

Doc #: 2023068022
08/09/2023 08:59 AM




# AFFIDAVIT OF NON-RESIDENTIAL MORTGAGE FORECLOSURE

**Government of the District of Columbia**
Office of Tax and Revenue
Recorder of Deeds
**1101 4th Street, SW**
**Washington, DC 20024**
**Phone (202) 727-5374**

Wise Innovations LLC
Property Owner's Last Name

Property Owner's First Name

Defaulted Borrower(s) Name
(If Different From Property Owner's Above)

0819/4339
Lot/Square Number:

I, Christina Araujo [name], Vice President of Finance [title]

of WCP Fund I LLC as servicer for 1Sharpe Opportunity Intermediate Trust
[name of institution] ("Lender"), make oath and say that:

1. I have personal knowledge of the matters referred to herein.

2. The subject property is located at

2920 Vista Street, NE, Washington, DC 20018

3. 1Sharpe Opportunity Intermediate Trust is the holder of the mortgage recorded as Instrument Number 2021002705 in the District of Columbia Recorder of Deeds ('Mortgage').

SSL:

4339/0819

4. The subject property identified above is not secured by a residential mortgage as defined by D.C. Official Code § 42-815.01(a).

5. For the reason(s) set forth above, foreclosure of the Mortgage is not subject to mandatory mediation and, therefore, does not require a Mediation Certificate issued by the Mediation Administrator.

I declare and affirm under penalty of perjury that the statements made herein are true and correct to the best of my knowledge, information and belief.

Signature: [signature]
Printed Name: Christina Araujo
Title: Vice President of Finance
Date: August 8, 2023
State of Virginia
County of Fairfax

Recording requested by:

Russell S. Drazin
Pardo & Drazin LLC
4400 Jenifer Street, NW
Suite 2
Washington, DC 20015

When recorded mail to:

Russell S. Drazin
Pardo & Drazin, LLC
4400 Jenifer Street, NW
Suite 2
Washington, DC 20015

This Affidavit of Non-Residential Mortgage Foreclosure was acknowledged before me on this 8th day of August, 20 23 by Christina Araujo (name of person) as Vice President of Finance (type of authority, e.g. officer, trustee, etc.) of WCP Fund I LLC as servicer for 1Sharpe Opportunity Intermediate Trust (name of party on behalf of whom instrument was executed).

Notary Public [signature]

My Commission Expires:

Muhammad T Bilal
NOTARY PUBLIC
REGISTRATION # 7637841
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES June 30 2027

Doc #: 2023068022
Filed & Recorded
08/09/2023 08:59 AM
IDA WILLIAMS
RECORDER OF DEEDS
WASH DC RECORDER OF DEEDS

| | |
|---|---|
| RECORDING FEES | $25.00 |
| SURCHARGE | $6.50 |
| TOTAL: | $31.50 |

Doc #: 2023068021
08/09/2023 08:59 AM

**AFTER RECORDING, RETURN TO:**

**Russell S. Drazin**
**Pardo & Drazin, LLC**
**4400 Jenifer Street, NW, Suite 2**
**Washington, DC 20015**

# DEED OF APPOINTMENT OF SUBSTITUTE TRUSTEE

**WHEREAS,** by that certain Deed of Trust ("**Deed of Trust**") dated *January 5, 2021* and recorded on January 7, 2021 as Instrument No. 2021002705, *Wise Innovations LLC* ("**Borrower**"), grantor, conveyed to Daniel Huertas ("**Original Trustee**"), *trustee, for the benefit* of WCP Fund I LLC ("**Original Lender**"), beneficiary, the *real property ("**Property**") described* in the Deed of Trust and on **Exhibit A** hereto to secure repayment of that certain debt instrument ("**Note**") of even date therewith in the principal amount of $560,000.00 made by Borrower, as maker, payable to the order of Original Lender, as payee; and

**WHEREAS,** by that certain Assignment of Deed of Trust dated January 11, 2021 and recorded on December 16, 2022 as Instrument No. 2022123167, Original Lender sold and assigned the Note, the Deed of Trust, and all related rights to 1Sharpe Opportunity Intermediate Trust ("**Lender**"), a Delaware statutory trust; and

**WHEREAS,** the Deed of Trust and District of Columbia law provide that the holder of the Note secured thereby may remove the Original Trustee, and any successor trustee, and appoint a successor trustee; and

**WHEREAS,** as of the execution of this Deed of Appointment of Substitute Trustee, Lender is the current holder of the Note secured by the Deed of Trust, with full power and authority to remove the Original Trustee, and any successor trustee, and to appoint a successor trustee.

**NOW, THEREFORE,** by virtue of the authority contained in the Deed of Trust, and pursuant to District of Columbia law, the undersigned holder of the Note secured by the Deed of Trust hereby (1) removes the Original Trustee, (2) removes any successor trustee, and

(3) appoints **RUSSELL S. DRAZIN**, with an address of **4400 Jenifer Street, NW, Suite 2, Washington, DC 20015**, as Substitute Trustee, to succeed to all of the rights, title, interest, power, and duties conferred upon the Original Trustee by the terms of the Deed of Trust, and by applicable law.

**IN WITNESS WHEREOF**, the current holder of the Note has signed and sealed this instrument on this 8 day of August, 2023.

**1Sharpe Opportunity Intermediate Trust,**
a Delaware statutory trust

By: WCP FUND I LLC,
a Delaware limited liability company
Its: Servicer

By: [signature]
Name: Christina Araujo
Title: Vice President of Finance

State of Virginia )
) to wit:
County of Fairfax )

**I HEREBY CERTIFY** that on this 8th day of August, 2023, before me, the subscriber, a Notary Public of the State and County aforesaid, personally appeared **Christina Araujo**, known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument and acknowledged that she executed the same for the purposes therein contained and in the capacity therein stated, and further acknowledged the foregoing instrument to be her act and deed.

**AS WITNESS** my hand and notarial seal the day and year above written.

[signature]
Notary Public

My Commission Expires:

Muhammad T Bilal
NOTARY PUBLIC
REGISTRATION # 7637841
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES June 30 2027

**EXHIBIT A**

(Legal Description)

Part of Lot 3 in Block 4 in a subdivision made by A.P. Fardon and others of land now known as Woodbridge, as per plat recorded in Liber County at Folios 58 and 60 among the Records of the Office of the Surveyor of the District of Columbia.

ALSO Part of Lot 24 in Block 4 in a subdivision made by Louis H. Simpkins known as "Re-Survey of Woodbridge, as per plat recorded in Liber County 20 at Folio 69 among the Records of the Office of the Surveyor of the District of Columbia.

All of the above being described as one lot as follows: BEGINNING for the same at a point on the northwest line of Vista Street at the southwest corner of Lot 24; thence Northwesterly along the southwesterly line of said lot, 135 feet; thence Northeasterly 69.26 feet, more or less, to a point 135 feet northwest of the line of Vista Street; thence Southeasterly 135 feet to a point on Vista Street aforesaid; thence Southwesterly along the line of said street, 69.27, more or less, to the point of beginning NOTE: At the date hereof the above described land is designated on the Records of the Assessor of the District of Columbia for assessment and taxation purposes as Lot 819 in Square 4339.

**2920 Vista Street, NE**
**Washington, DC 20018**

**Lot 0819 in Square 4339**