42. **ADDENDUM ATTACHED** :  ☐ Yes   ☑ No

**IN WITNESS WHEREOF, the parties hereto agree to abide by all of the terms and conditions in this lease agreement:**

| | | |
|---|---|---|
| Tenant _____ 10/27/2021 | Landlord *Brice M. Wise* 10/27/2021 | |
| Date | Date | |

Tenant _____  Date          Landlord _____  Date

Tenant _____  Date          **N/A**

REALTOR® Firm

Tenant _____  Date          Agent _____  Date

Security Deposit Received:  $ **3,500**          From _____  On _____

First Month's Rent Received:  $ 3,500.00          From  Kwasi Sinnette          On  10/29/2021

Pro-Rata Rent Received:  $ N/A          From _____  On _____

☐ **Guarantors:** If box is checked, this Lease Agreement is subject to the signatures of the following individuals, who by their signing, are agreeing to be guarantors of the prompt and faithful performance of all of the obligations of Tenant under the Lease. Guarantors consent to the jurisdiction of the courts of the District of Columbia in any action arising under the Lease or this Guaranty and agree to service of process in the manner prescribed in the so-called Long Arm statute of the District of Columbia as from time to time amended or superseded. Guarantors have no right of occupancy under this Lease. All signatures must be notarized unless witnessed by Landlord/Agent.

Name of Guarantor _____          Name of Guarantor _____

Address of Guarantor _____          Address of Guarantor _____

Signature of Guarantor _____ Date          Signature of Guarantor _____ Date

Name of Guarantor _____          Name of Guarantor _____

Address of Guarantor _____          Address of Guarantor _____

Signature of Guarantor _____ Date          Signature of Guarantor _____ Date

Name of Guarantor _____          Name of Guarantor _____

Address of Guarantor _____          Address of Guarantor _____

Signature of Guarantor _____ Date          Signature of Guarantor _____ Date

**N/A**

Residential Lease DC

 

## Blank Rental Addendum

The Lease dated ___August 5, 2023___

Address ___2920 Vista Street NE___

City ___Washington___ , State ___DC___ , Zip ___20018___

Between Landlord/Agent ___Wise Innovations LLC___

and Tenant ___Kwasi Sinnette___

is hereby amended by the incorporation of this Addendum, which shall supersede any provisions to the contrary in the Lease.

This addendum is to extend the lease term for 3years only.

Lease terms and policies shall continue until October 31, 2026

Rent rate shall be amended to $3,000 during the new lease term.

Tenant shall be responsible for electric, gas, water and cable/ internet services.

All previous language in lease remains unchanged.

Except as noted, all other lease terms and conditions will remain in full force and effect.

| _Erica Wise_ | 08/05/2023 | Kwasi Sinnette | |
| --- | --- | --- | --- |
| Landlord/Agent | Date | Tenant | Date |
| | | Monday September 9th | |

| | | Kwasi Sinnette | |
| --- | --- | --- | --- |
| Landlord/Agent | Date | Tenant Monday, September 9th | Date |

© 2010 The Greater Capital Area Association of REALTORS®, Inc.
This Recommended Form is property of the Greater Capital Area Association of REALTORS®, Inc. and is for use by members only.

Phone: 7033988355      Fax:
Produced with Lone Wolf Transactions (zipForm Edition) 231 Shearson Cr. Cambridge, Ontario, Canada N1T 1J5   www.lwolf.com