**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**GREENBELT**

| | |
|---|---|
| HERMAN G. LUCAS | * |
| | *    Case Number: 24-11842 |
| | *    Chapter 13 |
| Debtor | * |

**ORDER GRANTING DEBTOR'S MOTION TO STAY PROCEEDINGS AND MOTION TO LIFT AUTOMATIC STAY TO LITIGATE VALIDITY OF WCP'S CLAIM IN D.C. SUPERIOR COURT**

Upon consideration of Debtor's Motion to Lift Automatic Stay to Litigate the Validity of WCP's Claim in D.C. Superior Court and Motion to Stay Current Bankruptcy Proceedings until such is resolved, it is hereby

ORDERED that Debtor's Motion to Lift Automatic Stay to Litigate the Validity of WCP's Claim in D.C. Superior Court and Debtor's Motion to Stay Current Proceedings until such determination by D.C. Superior Court are hereby Granted, and it is further

ORDERED that the Automatic Stay effective due to the filing of the present bankruptcy proceeding shall be lifted for the limited purpose of Debtor litigating the validity of WCP's claim in D.C. Superior Court.

ORDERED that the present bankruptcy case shall be stayed until the conclusion of the above-mentioned D.C. Superior Court proceedings determining the validity of WCP's claim.

So Ordered.