## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### GREENBELT

HERMAN G. LUCAS      *

                       *       Case Number: 24-11842

                       *       Chapter 13

Debtor                  *

### AFFIDAVIT OF PAPER FILING

1. I am the Attorney for the Debtor, Herman Lucas in the above-referenced case.

2. I am aware of the requirement to file documents electronically via the Electronic Case Filing (ECF) system pursuant to the Local Rules of the United States Bankruptcy Court for the District of Maryland.

3. The document(s) I am submitting with this affidavit are as follows:

   i. **Motion to Lift Automatic Stay to Litigate Validity of Creditor's Claim in D.C. Superior Court**

   ii. **Motion to Stay Proceedings Until Resolution of Proceedings in D.C. Superior Court.**

   iii. **Exhibits 1 and 2.**

   iv. **Proposed Order**

4. The reason for filing the above-referenced document(s) in paper format instead of electronically is as follows:

   Due to my recent reciprocal suspension imposed by the Maryland State Bar, the Maryland Bankruptcy Court blocked my access to the ECF system. However, Maryland Attorneys' Rule 19-741(a)(1) provides that the attorney has 15 days from the entry of the suspension order to conclude matters. Additionally, under Maryland Attorneys' Rule 19-

741(a)(2), an attorney must take, or cause to be taken, any action immediately necessary

to protect the interests of a client.

This motion is necessary to protect the Debtor's interests, as the validity of WCP's

underlying claim must be resolved in D.C. Superior Court.

I declare under penalty of perjury that the foregoing is true and correct to the best of my
knowledge, information, and belief.

Dated: September 10, 2024                    Respectfully submitted,

                                             _/s/__/Francis Koh/_____
                                             Francis H. Koh
                                             Koh Law Firm, LLC
                                             4800 Hampden Lane, Suite 200
                                             Bethesda, MD 20814
                                             (301) 881-3600

                                             Counsel for Debtor