USBC-MD G FILED
12 SEP '24 AM 10:49

# KOH LAW FIRM, LLC.



4800 HAMPDEN LANE, SUITE 200
BETHESDA, MD 20814
TEL: 301-881-3600
FAX: 1-888-252-6616



WRITER'S DIRECT NUMBER
(301) 881-3600

WWW.KOHLAWFIRM.COM

WRITER'S E-MAIL ADDRESS
fkoh@kohlawfirm.com

September 10, 2024

Clerk of the Court
U.S. Bankruptcy Court of Maryland
(Greenbelt)
6500 Cherrywood Lane
Greenbelt, MD 20770

**BY FEDEX OVERNIGHT MAIL**

RE: *Herman G. Lucas 24-11842 – Emergency Paper Filing*

Dear Clerk of the Court,

Please find the enclosed Motions and related filings summarized in the attached Affidavit of Paper filings, which includes the reasons for filing hard copies rather than via ECF. If you have any questions or concerns, please feel free to contact me. Many thanks.

Very Truly Yours,

Koh Law Firm

/S/ /Francis Koh/

Francis H. Koh
Attorney At Law

FK/