**MARIA ELLENA CHAVEZ-RUARK, U.S. BANKRUPTCY JUDGE**

Evidentiary Hearing:  NO
Exhibits Filed:  NO

PROCEEDING MEMO − CHAPTER 13

**Case: 24-11842-MCR**  Date: 09/24/2024 at 10:30 a.m.
**Herman G. Lucas**

Appearances:  Herman G. Lucas, pro se Debtor
Rebecca A. Herr, Chapter 13 Trustee

Also present:  Erica Wise, Debtor's daughter

[48] Order Denying Confirmation of Chapter 13 Plan with Leave to Amend (related document(s)42 Amended Chapter 13 Plan Amount of Payments per Month: $100, Number of Months:36 filed by Debtor Herman G Lucas). Amended Chapter 13 Plan due by 9/2/2024. Confirmation hearing to be held on 10/8/2024 at 10:00 AM. Virtual confirmation hearing - Contact case trustee for hearing information.

| | |
|---|---|
| COMMENTS: | The Court held this status conference because the Debtor's counsel was suspended or disbarred after the Court entered an order denying confirmation with leave to amend and the Debtor did not file an amended plan.  The Court strongly encouraged the Debtor to obtain experienced bankruptcy counsel to assist him. |
| DISPOSITION: | Status conference held.  Next status conference 10/22/24 at 10:30 a.m.  Court will issue a notice. |