# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Greenbelt

In re:   Case No.: **24–11842 – MCR**   Chapter: **13**

**Herman G Lucas**
Debtor

# NOTICE

Virtual hearing – Contact case trustee for hearing information.

PLEASE TAKE NOTICE that a Status Conference or Hearing will be held

on 10/22/24 at 10:30 AM

to consider and act upon the following:

48 – Order Denying Confirmation of Chapter 13 Plan with Leave to Amend (related document(s)42 Amended Chapter 13 Plan Amount of Payments per Month: $100, Number of Months:36 filed by Debtor Herman G Lucas). Amended Chapter 13 Plan due by 9/2/2024. Confirmation hearing to be held on 10/8/2024 at 10:00 AM. Virtual confirmation hearing – Contact case trustee for hearing information. (Horning, Kelly)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 9/24/24

                                          Mark A. Neal, Clerk of Court
                                          by Courtroom Deputy Jennifer Whitfield
                                          Hearings_mcr@mdb.uscourts.gov

Form stathrgmdb (rev. 07/29/2020)