# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In re: | * | Case No. 24-11842 MCR |
| Herman G Lucas | * | Chapter 13 |
| Debtor. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## CERTIFICATE OF SERVICE

I certify that on September 25, 2024, I mailed by first-class mail, postage prepaid, a copy of the Notice to Unrepresented Debtor of Video Conference Hearing providing the video-conference information, including the Zoom meeting ID and password, to:

**Herman G Lucas**
**2005 Peabody Street**
**Hyattsville, MD 20782**
*Pro Se Debtor*

                                                     /s/ *Rebecca A. Herr*
                                                     Rebecca A. Herr
                                                     Chapter 13 Trustee