**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| In re: | * | Case No.   24-11842 MCR |
| Herman G Lucas | * | Chapter 13 |
| Debtor. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**CERTIFICATE OF SERVICE**

I certify that on October 9, 2024, I mailed by first-class mail, postage prepaid, a copy of the Notice to Unrepresented Debtor of Video Conference Hearing providing the video-conference information, including the Zoom meeting ID and password, to:

Herman G Lucas
2005 Peabody Street
Hyattsville, MD 20782
*Pro Se Debtor*

/s/ *Rebecca A. Herr*
Rebecca A. Herr
Chapter 13 Trustee