**MARIA ELLENA CHAVEZ-RUARK, U.S. BANKRUPTCY JUDGE**

Evidentiary Hearing:  NO
Exhibits Filed:  NO

PROCEEDING MEMO − CHAPTER 13

**Case: 24-11842-MCR**  Date: 10/22/2024 at 10:30 a.m.
**Herman G. Lucas**

Appearances:  Herman G. Lucas, pro se Debtor
Daniel J. Pesachowitz, counsel for PNC Bank, National Association
Rebecca A. Herr, Chapter 13 Trustee

Also present:  Erica Wise, Debtor's daughter

[23] Objection to Confirmation of Plan Filed by PNC Bank, National Association (related document(s)21 Chapter 13 Plan filed by Debtor Herman G Lucas).

[47] Objection to Confirmation of Plan Filed by PNC Bank, National Association (related document(s)42 Amended Chapter 13 Plan filed by Debtor Herman G Lucas). (Attachments: # 1 Proposed Order)

[48] Order Denying Confirmation of Chapter 13 Plan with Leave to Amend (related document(s)42 Amended Chapter 13 Plan Amount of Payments per Month: $100, Number of Months:36 filed by Debtor Herman G Lucas). Amended Chapter 13 Plan due by 9/2/2024. Confirmation hearing to be held on 10/8/2024 at 10:00 AM. Virtual confirmation hearing - Contact case trustee for hearing information.

[56] Motion to Stay Bankruptcy Proceeding to Determine Validity of Underlying Creditor's Claim Filed by Francis Koh , Herman G Lucas . (Attachments: # 1 Support Document)

[57] Motion to Lift Automatic Stay for Cause Under 11 U.S.C. 362(d)(1) to Allow Debtor to Litigate the Validity of Creditor's Claim Filed by Francis Koh , Herman G Lucas . (Attachments: # 1 Support Document # 2 Residential Lease # 3 Addendum # 4 Proposed Order)

| | |
|---|---|
| COMMENTS: | The Debtor still has not filed an amended plan (due 9/2/24).  The Debtor's daughter reported they thought it had been filed.  She said they have been waiting on an accounting from the lender, and the Court advised that the lender filed the accounting four months ago.  The Court will email a copy to ericawise75@gmail.com.  The Court agreed to give the Debtor another two weeks but warned the Debtor that the Court will dismiss the case if he has not made significant progress by the time of the next hearing. |
| DISPOSITION: | Status conference held and continued to 11/5/24 at 10:30 a.m. by videoconference.  Court will issue a notice. |