United States Bankruptcy Court
District of Maryland

In re:                                                                          Case No. 24-11842-MCR

Herman G Lucas                                                                  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-0                         User: admin                                    Page 1 of 2
Date Rcvd: Oct 23, 2024                      Form ID: stahrgbp                            Total Noticed: 3

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Herman G Lucas, 2005 Peabody Street, Hyattsville, MD 20782-1609 |
| other | + | Francis Koh, c/o Koh Law Firm, LLC, 4800 Hampden Lane, Suite 200, Bethdesda, MD 20814-2934 |
| cr | + | WCP Fund I LLC, c/o The VerStandig Law Firm, LLC, 1452 W. Horizon Ridge Pkwy, #665, Henderson, NV 89012-4422 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2024                   Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Leonard Spivack | andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| Christine Maggard | christine.maggard@brockandscott.com  wbecf@brockandscott.com |
| Daniel J. Pesachowitz | dpesacho@siwpc.com; rjones@siwpc.com,bkreferrals@siwpc.com,siwbkecf@siwpc.com,siwpc@ecf.courtdrive.com,siwattecf@siwpc.com |
| Dorothy Carol Sasser | dsasser@siwpc.com  bkreferrals@siwpc.com,siwbkecf@siwpc.com,siwpc@ecf.courtdrive.com,siwattecf@siwpc.com |
| Maurice Belmont VerStandig | mac@mbvesq.com |

lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,versta
ndiglaw@recap.email

Rebecca A. Herr

    ecf@ch13md.com

Robert Alston Jones

    rjones@siwpc.com
    dpesacho@siwpc.com,bkreferrals@siwpc.com,siwbkecf@siwpc.com,siwpc@ecf.courtdrive.com,siwattecf@siwpc.com

Ryan Srnik

    ryan.srnik@brockandscott.com  wbecf@brockandscott.com


TOTAL: 8

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## at Greenbelt

In re:    Case No.: **24–11842 – MCR**    Chapter: **13**

**Herman G Lucas**
Debtor

# NOTICE

Virtual hearing – Contact case trustee for hearing information.

PLEASE TAKE NOTICE that a Status Conference will be held on 11/5/24 at 10:30 AM

to consider and act upon the following:

23 – Objection to Confirmation of Plan Filed by PNC Bank, National Association (related document(s)21 Chapter 13 Plan filed by Debtor Herman G Lucas). (Pesachowitz, Daniel)

47 – Objection to Confirmation of Plan Filed by PNC Bank, National Association (related document(s)42 Amended Chapter 13 Plan filed by Debtor Herman G Lucas). (Attachments: # 1 Proposed Order)(Maggard, Christine)

48 – Order Denying Confirmation of Chapter 13 Plan with Leave to Amend (related document(s)42 Amended Chapter 13 Plan Amount of Payments per Month: $100, Number of Months:36 filed by Debtor Herman G Lucas). Amended Chapter 13 Plan due by 9/2/2024. Confirmation hearing to be held on 10/8/2024 at 10:00 AM. Virtual confirmation hearing – Contact case trustee for hearing information. (Horning, Kelly)

56 – Motion to Stay Bankruptcy Proceeding to Determine Validity of Underlying Creditor's Claim Filed by Francis Koh , Herman G Lucas . (Attachments: # 1 Support Document) (Hegerle, Robert) Additional attachment(s) added on 9/12/2024 (Hegerle, Robert).

57 – Motion to Lift Automatic Stay for Cause Under 11 U.S.C. 362(d)(1) to Allow Debtor to Litigate the Validity of Creditor's Claim Filed by Francis Koh , Herman G Lucas . (Attachments: # 1 Support Document # 2 Residential Lease # 3 Addendum # 4 Proposed Order) (Hegerle, Robert)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 10/23/24

Mark A. Neal, Clerk of Court
by Courtroom Deputy, Jennifer Whitfield
Hearings_mcr@mdb.uscourts.gov

Form stathrgmdb (rev. 07/29/2020)