Entered: November 5th, 2024
Signed: November 5th, 2024

**SO ORDERED**

The Court will retain jurisdiction with regard to any issues relating to Francis Kohs prior representation and fees.



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# at Greenbelt

In re:   Case No.: **24–11842 – MCR**   Chapter: **13**

**Herman G Lucas**
Debtor

## ORDER WITH NOTICE DISMISSING CHAPTER 13 CASE
## AND NOTICE THAT AUTOMATIC STAY IS TERMINATED

By Order of Court entered on August 15, 2024, the Debtor was given leave to file an amended plan by September 2, 2024, or to dismiss or convert this case to another chapter. However, the Debtor has not done so.

It is, therefore, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the above−captioned Chapter 13 case is DISMISSED; and it is further

ORDERED, that, to the extent the Trustee holds funds that would otherwise be returned to the Debtor, the Trustee shall first remit therefrom to the Clerk unpaid filing and administrative fees of $0.00 and then remit therefrom any unpaid claim allowed under 11 U.S.C. § 503(b); and

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

cc:   Debtor
      Attorney for Debtor – PRO SE
      Case Trustee – Rebecca A. Herr

**End of Order**

15x11 (rev. 12/13/2012) – JenniferWhitfield