Entered: November 5th, 2024
Signed: November 5th, 2024

**DENIED**

The Court has dismissed this case. Therefore, the motions to stay the case and lift the automatic stay are denied as moot.



MARIA ELLENA CHAVEZ-RUARK
U.S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT

HERMAN G. LUCAS           *

                                          * Case Number: 24-11842

                                          * Chapter 13

Debtor           *

**ORDER GRANTING DEBTOR'S MOTION TO STAY PROCEEDINGS AND MOTION TO LIFT AUTOMATIC STAY TO LITIGATE VALIDITY OF WCP'S CLAIM IN D.C. SUPERIOR COURT**

Upon consideration of Debtor's Motion to Lift Automatic Stay to Litigate the Validity of WCP's Claim in D.C. Superior Court and Motion to Stay Current Bankruptcy Proceedings until such is resolved, it is hereby

ORDERED that Debtor's Motion to Lift Automatic Stay to Litigate the Validity of WCP's Claim in D.C. Superior Court and Debtor's Motion to Stay Current Proceedings until such determination by D.C. Superior Court are hereby Granted, and it is further

ORDERED that the Automatic Stay effective due to the filing of the present bankruptcy proceeding shall be lifted for the limited purpose of Debtor litigating the validity of WCP's claim in D.C. Superior Court.

ORDERED that the present bankruptcy case shall be stayed until the conclusion of the above-mentioned D.C. Superior Court proceedings determining the validity of WCP's claim.

So Ordered.

END OF ORDER