United States Bankruptcy Court
District of Maryland

In re:                                                                                         Case No. 24-11842-MCR
Herman G Lucas                                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-0                        User: admin                        Page 1 of 2
Date Rcvd: Nov 05, 2024             Form ID: pdfparty             Total Noticed: 5

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Herman G Lucas, 2005 Peabody Street, Hyattsville, MD 20782-1609 |
| other | + | Francis Koh, c/o Koh Law Firm, LLC, 4800 Hampden Lane, Suite 200, Bethdesda, MD 20814-2934 |
| | + | PNC Bank, C/O Daniel J. Pesachowitz, SIWPC, 6100 Executive Blvd. Suite 400, Rockville, MD 20852-3959 |
| | | Washington Capital Partners, (WCP Fund I LLC), C/O Maurice Verstandig, 1050 Connecticut A venue, NW, Suite 500 Washington, D.C. 20036 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | + | Email/Text: ustpregion04.gb.ecf@usdoj.gov | Nov 05 2024 19:11:00 | U.S. Trustee - Greenbelt, 6305 Ivy Lane Suite 600, Greenbelt MD 20770-6305 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 07, 2024                        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Leonard Spivack | andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| Christine Maggard | christine.maggard@brockandscott.com  wbecf@brockandscott.com |

| District/off: 0416-0 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 05, 2024 | Form ID: pdfparty | Total Noticed: 5 |

Daniel J. Pesachowitz
    dpesacho@siwpc.com
    rjones@siwpc.com,bkreferrals@siwpc.com,siwbkecf@siwpc.com,siwpc@ecf.courtdrive.com,siwattecf@siwpc.com

Dorothy Carol Sasser
    dsasser@siwpc.com  bkreferrals@siwpc.com,siwbkecf@siwpc.com,siwpc@ecf.courtdrive.com,siwattecf@siwpc.com

Maurice Belmont VerStandig
    mac@mbvesq.com
    lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email

Rebecca A. Herr
    ecf@ch13md.com

Robert Alston Jones
    rjones@siwpc.com
    dpesacho@siwpc.com,bkreferrals@siwpc.com,siwbkecf@siwpc.com,siwpc@ecf.courtdrive.com,siwattecf@siwpc.com

Ryan Srnik
    ryan.srnik@brockandscott.com  wbecf@brockandscott.com

TOTAL: 8

**DENIED**

The Court has dismissed this case. Therefore, the motions to stay the case and lift the automatic stay are denied as moot.



MARIA ELLENA CHAVEZ-RUARK
U.S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT

HERMAN G. LUCAS         *

                        *   Case Number: 24-11842

                        *   Chapter 13

        Debtor          *

### ORDER GRANTING DEBTOR'S MOTION TO STAY PROCEEDINGS AND MOTION TO LIFT AUTOMATIC STAY TO LITIGATE VALIDITY OF WCP'S CLAIM IN D.C. SUPERIOR COURT

Upon consideration of Debtor's Motion to Lift Automatic Stay to Litigate the Validity of WCP's Claim in D.C. Superior Court and Motion to Stay Current Bankruptcy Proceedings until such is resolved, it is hereby

ORDERED that Debtor's Motion to Lift Automatic Stay to Litigate the Validity of WCP's Claim in D.C. Superior Court and Debtor's Motion to Stay Current Proceedings until such determination by D.C. Superior Court are hereby Granted, and it is further

ORDERED that the Automatic Stay effective due to the filing of the present bankruptcy proceeding shall be lifted for the limited purpose of Debtor litigating the validity of WCP's claim in D.C. Superior Court.

ORDERED that the present bankruptcy case shall be stayed until the conclusion of the above-mentioned D.C. Superior Court proceedings determining the validity of WCP's claim.

So Ordered.

END OF ORDER