UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| In re: | : |
|     Herman G. Lucas, | :   Case No. 24-11842-LSS |
| | :            Chapter 13 |
|     Debtor. | : |
| | : |

**ORDER GRANTING TRUSTEE'S MOTION
FOR ORDER TO JUSTIFY AND DISGORGE ATTORNEY FEES**

Upon consideration of the Motion to Justify and Disgorge Attorney Fees filed by the Chapter 13 Trustee, and after notice and an opportunity for hearing and the court record herein, and it appearing that cause exists pursuant to 11 U.S.C. § 329, it is, by the United States Bankruptcy Court for the District of Columbia,

ORDERED, that the Trustee's Motion, be and the same, is hereby granted; and it is further,

ORDERED, that Debtor's Counsel shall respond to the Order to Justify Fee by the date noted above.

cc:
Debtor – Herman Lucas
Debtor's former Attorney – Francis Koh
Case Trustee – Rebecca Herr

**END OF ORDER**