United States Bankruptcy Court
District of Maryland

| | |
|---|---|
| In re: | Case No. 24-11842-MCR |
| Herman G Lucas | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 09, 2024 | Form ID: pdfparty | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol   Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Herman G Lucas, 2005 Peabody Street, Hyattsville, MD 20782-1609 |
| other | + | Francis Koh, c/o Koh Law Firm, LLC, 4800 Hampden Lane, Suite 200, Bethdesda, MD 20814-2934 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2024          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Leonard Spivack | andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| Benjamin J. Beatty | bbeatty@ch13md.com |
| Christine Maggard | christine.maggard@brockandscott.com wbecf@brockandscott.com |
| Daniel J. Pesachowitz | dpesacho@siwpc.com<br>rjones@siwpc.com,bkreferrals@siwpc.com,siwbkecf@siwpc.com,siwpc@ecf.courtdrive.com,siwattecf@siwpc.com |
| Dorothy Carol Sasser | dsasser@siwpc.com bkreferrals@siwpc.com,siwbkecf@siwpc.com,siwpc@ecf.courtdrive.com,siwattecf@siwpc.com |

District/off: 0416-0 | User: admin | Page 2 of 2
Date Rcvd: Dec 09, 2024 | Form ID: pdfparty | Total Noticed: 2

Maurice Belmont VerStandig
   mac@mbvesq.com
   lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email

Rebecca A. Herr
   ecf@ch13md.com

Robert Alston Jones
   rjones@siwpc.com
   dpesacho@siwpc.com,bkreferrals@siwpc.com,siwbkecf@siwpc.com,siwpc@ecf.courtdrive.com,siwattecf@siwpc.com

Ryan Srnik
   ryan.srnik@brockandscott.com  wbecf@brockandscott.com

TOTAL: 9

Entered: December 9th, 2024
Signed: December 6th, 2024

**SO ORDERED**

Counsel shall file a written response justifying his fee by December 20, 2024. If he fails to respond, the Court may require a disgorgement of the fees he received without further notice or a hearing.



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| In re: | : | |
|    Herman G. Lucas, | : | Case No. 24-11842-LSS |
| | : | Chapter 13 |
|    Debtor. | : | |
| | : | |

_____

**ORDER GRANTING TRUSTEE'S MOTION**
**FOR ORDER TO JUSTIFY AND DISGORGE ATTORNEY FEES**

Upon consideration of the Motion to Justify and Disgorge Attorney Fees filed by the Chapter 13 Trustee, and after notice and an opportunity for hearing and the court record herein, and it appearing that cause exists pursuant to 11 U.S.C. § 329, it is, by the United States Bankruptcy Court for the District of Columbia,

ORDERED, that the Trustee's Motion, be and the same, is hereby granted; and it is further,

ORDERED, that Debtor's Counsel shall respond to the Order to Justify Fee by the date noted above.

cc:
Debtor – Herman Lucas
Debtor's former Attorney – Francis Koh
Case Trustee – Rebecca Herr

**END OF ORDER**