Entered: February 12th, 2025
Signed: February 11th, 2025
**SO ORDERED**



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# at Greenbelt

In re:    Case No.: **24–11842 – MCR**    Chapter: **13**

**Herman G Lucas**
Debtor

## ORDER VACATING
## ORDER IMPROVIDENTLY ENTERED

It appearing that an Order entitled Order Discharging Trustee and Closing Case was improvidently entered on December 17, 2024, it is, therefore, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the aforesaid Order hereby is vacated.

cc:   Debtor
      Attorney for Debtor – PRO SE
      Case Trustee – Rebecca A. Herr
      All Other Parties Served with Vacated Order

**End of Order**

40x03 (rev. 12/30/2008) – KellyHorning