UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In re: | : | |
|     Herman G. Lucas, | : | Case No. 24-11842-MCR |
| | : | Chapter 13 |
|     Debtor. | : | |
| | : | |

### CHAPTER 13 TRUSTEE'S STATUS REPORT

NOW COMES Rebecca A. Herr, Chapter 13 Trustee in the above-captioned case, by and through her undersigned counsel, and notifies the Court and interested parties of information the trustee received pursuant to the *Order Granting Trustee's Motion for Order to Justify and Disgorge Attorney Fees* at ECF 83 as follows:

1. Rebecca Herr ("Trustee") was appointed Chapter 13 Trustee in this case, and filed a *Motion for Order to Justify and Disgorge Attorney Fees* at ECF 76 on November 18, 2024, against Herman G Lucas's ("Debtor") former counsel Francis Koh.

2. On December 17, 2024, the Court discharged the trustee and closed the case.

3. On December 27, 2024, the trustee received communication from the United States Trustee's Office regarding a settlement they had initiated with Mr. Koh, independent and unknown to the trustee, in early November 2024.  Upon information and belief, the settlement required Mr. Koh to refund Debtor half of the initial retainer, namely $2000.00.  The United States Trustee's Office forwarded to the trustee a letter from Mr. Koh to Debtor.  See attached exhibit.

4. The trustee did not provide this information to the Court because the case was closed before the trustee received any of this information.  The trustee did not seek to reopen the

case either, as the trustee considered the matter resolved, given the separate independent settlement between the United States Trustee's Office and Mr. Koh.

| | |
|---|---|
| February 12, 2025 | Respectfully submitted, |

Rebecca A. Herr,
Chapter 13 Trustee

By Counsel:
/s/ Benjamin J. Beatty
Benjamin J. Beatty, Bar No. 28193
185 Admiral Cochrane Drive, Suite 240
Annapolis, MD  21401
301-805-4700
bbeatty@ch13md.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the February 12, 2025, a copy of the Trustee's *Status Report* was sent via electronic notice to:

Francis Koh at fkohmail@gmail.com

I hereby further certify that on the 12 February 2025, a copy of the *Status Report* was mailed first class mail, postage prepaid to:

Francis H. Koh
4800 Hampden Lane, Suite 200
Bethesda MD 20814

Herman Lucas
2005 Peabody St
Hyattsville MD 20782
(Debtor)

/s/ Benjamin J. Beatty
Benjamin J. Beatty

2