# KOH LAW FIRM, LLC.



**4800 Hampden Lane, Suite 200
Bethesda, MD 20814
Tel: 301-881-3600
Fax:1-888-252-6616**



WRITER'S DIRECT NUMBER
(301) 881-3600

WWW.KOHLAWFIRM.COM

WRITER'S E-MAIL ADDRESS
fkoh@kohlawfirm.com

November 4, 2024

Herman G. Lucas
2306 Calvert Street
Hyattsville, MD 20783

**BY E-MAIL
CONFIRMED BY MAIL**

RE:  *Partial Refund of Legal Fees*

Dear Mr. Lucas,

I am writing to follow up on our recent telephone conversation and my notice to you dated Sept. 10, 2024 regarding your representation in the Chapter 13 bankruptcy case.  As we discussed, I am refunding you the retainer amount of $2,000, minus the Chapter 13 bankruptcy filing fee, to ensure you have sufficient funds to secure new counsel. This refund is being processed in accordance with our prior discussion so that you may proceed with your case without disruption.

As I previously mentioned when notifying you of my suspension, you initially indicated your preference to maintain me as your attorney, expressing a desire to wait until the end of my suspension on November 18th to see if the motion to stay would proceed in my absence.   I've forwarded the documents you require/requested. Please feel free to reach out if you need assistance with any additional documentation for transitioning representation or proceeding *pro se*. I appreciate your patience and understanding during this period.

Very Truly Yours,

Koh Law Firm

/S/ Francis Koh


Francis H. Koh
Attorney At Law

FK/
CC: Erica Wise