Entered: February 14th, 2025
Signed: February 13th, 2025

**SO ORDERED**

The Court understands from the response filed by the Chapter 13 Trustee that counsel refunded a portion of his fee. Therefore, the order to justify fee is vacated and counsel need not respond.



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:    Case No.: **24–11842 – MCR**    Chapter: **13**

**Herman G Lucas**
Debtor

## ORDER VACATING ORDER

Upon review of the file herein, and in the exercise of the court's discretion, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Order entitled Order Granting Trustees Motion For Order To Justify And Disgorge Attorney Fees, entered on February 12, 2025, is hereby VACATED.

cc:   Debtor
      Attorney for Debtor – PRO SE
      Debtors former Attorney Francis Koh
      Case Trustee – Rebecca A. Herr

**End of Order**

40x06 (rev. 08/18/2009) – KellyHorning