United States Bankruptcy Court
District of Maryland

In re:  Case No. 24-11842-MCR
Herman G Lucas  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-0     User: admin     Page 1 of 2
Date Rcvd: Feb 12, 2025     Form ID: pdfparty     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Herman G Lucas, 2005 Peabody Street, Hyattsville, MD 20782-1609 |
| other | + | Francis Koh, c/o Koh Law Firm, LLC, 4800 Hampden Lane, Suite 200, Bethdesda, MD 20814-2934 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2025      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 12, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Leonard Spivack | andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| Benjamin J. Beatty | bbeatty@ch13md.com |
| Christine Maggard | christine.maggard@brockandscott.com wbecf@brockandscott.com |
| Daniel J. Pesachowitz | dpesacho@siwpc.com rjones@siwpc.com,bkreferrals@siwpc.com,siwbkecf@siwpc.com,siwpc@ecf.courtdrive.com,siwattecf@siwpc.com |
| Dorothy Carol Sasser | dsasser@siwpc.com bkreferrals@siwpc.com,siwbkecf@siwpc.com,siwpc@ecf.courtdrive.com,siwattecf@siwpc.com |

District/off: 0416-0 User: admin Page 2 of 2
Date Rcvd: Feb 12, 2025 Form ID: pdfparty Total Noticed: 2

Maurice Belmont VerStandig
    mac@mbvesq.com
    lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email

Rebecca A. Herr
    ecf@ch13md.com

Robert Alston Jones
    rjones@siwpc.com
    dpesacho@siwpc.com,bkreferrals@siwpc.com,siwbkecf@siwpc.com,siwpc@ecf.courtdrive.com,siwattecf@siwpc.com

Ryan Srnik
    ryan.srnik@brockandscott.com wbecf@brockandscott.com

TOTAL: 9



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# at Greenbelt

In re:  Case No.: **24–11842 – MCR**  Chapter: **13**

**Herman G Lucas**
Debtor

## ORDER VACATING
## ORDER IMPROVIDENTLY ENTERED

It appearing that an Order entitled Order Discharging Trustee and Closing Case was improvidently entered on December 17, 2024, it is, therefore, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the aforesaid Order hereby is vacated.

cc:  Debtor
 Attorney for Debtor – PRO SE
 Case Trustee – Rebecca A. Herr
 All Other Parties Served with Vacated Order

**End of Order**

40x03 (rev. 12/30/2008) – KellyHorning