United States Bankruptcy Court
District of Maryland

| In re: | Case No. 24-11842-MCR |
|---|---|
| Herman G Lucas | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0416-0 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 14, 2025 | Form ID: pdfparty | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Herman G Lucas, 2005 Peabody Street, Hyattsville, MD 20782-1609 |
| other | + | Francis Koh, c/o Koh Law Firm, LLC, 4800 Hampden Lane, Suite 200, Bethdesda, MD 20814-2934 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2025                         Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Leonard Spivack | andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| Benjamin J. Beatty | bbeatty@ch13md.com |
| Christine Maggard | christine.maggard@brockandscott.com  wbecf@brockandscott.com |
| Daniel J. Pesachowitz | dpesacho@siwpc.com<br>rjones@siwpc.com,bkreferrals@siwpc.com,siwbkecf@siwpc.com,siwpc@ecf.courtdrive.com,siwattecf@siwpc.com |
| Dorothy Carol Sasser | dsasser@siwpc.com  bkreferrals@siwpc.com,siwbkecf@siwpc.com,siwpc@ecf.courtdrive.com,siwattecf@siwpc.com |

| District/off: 0416-0 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 14, 2025 | Form ID: pdfparty | Total Noticed: 2 |

Maurice Belmont VerStandig
    mac@mbvesq.com
    lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email

Rebecca A. Herr
    ecf@ch13md.com

Robert Alston Jones
    rjones@siwpc.com
    dpesacho@siwpc.com,bkreferrals@siwpc.com,siwbkecf@siwpc.com,siwpc@ecf.courtdrive.com,siwattecf@siwpc.com

Ryan Srnik
    ryan.srnik@brockandscott.com  wbecf@brockandscott.com

TOTAL: 9

Entered: February 14th, 2025
Signed: February 13th, 2025

**SO ORDERED**

The Court understands from the response filed by the Chapter 13 Trustee that counsel refunded a portion of his fee. Therefore, the order to justify fee is vacated and counsel need not respond.



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: **24−11842 − MCR**   Chapter: **13**

**Herman G Lucas**
Debtor

## ORDER VACATING ORDER

Upon review of the file herein, and in the exercise of the court's discretion, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Order entitled Order Granting Trustees Motion For Order To Justify And Disgorge Attorney Fees, entered on February 12, 2025, is hereby VACATED.

cc:  Debtor
     Attorney for Debtor − PRO SE
     Debtors former Attorney Francis Koh
     Case Trustee − Rebecca A. Herr

### End of Order

40x06 (rev. 08/18/2009) − KellyHorning